UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAYEH DOV,

                Petitioner,

     -against-

BUREAU OF PRISONS,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2020

20 Civ. 4343 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 8, 2020, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that during his incarceration at FCI Otisville he has contracted COVID-19, that the interaction of the virus with his pre-existing conditions poses a serious risk to his health, and that he is receiving inadequate medical treatment in that facility. ECF No. 1.

Accordingly, it is ORDERED that:

1. By **June 16, 2020**, Respondent shall respond to the petition. Respondent's submission shall include a memorandum of law and any declarations, affidavits, or other evidence it wishes to include in the record.
2. By **June 19, 2020**, Petitioner shall file a reply. Petitioner's submission shall include a memorandum of law, and any declarations, affidavits, or other evidence he wishes to include in the record in support of his claim.

It is further ORDERED that by **June 10, 2020**, Petitioner shall serve a copy of the petition and this order on Respondent. Service may be effected by reliable electronic means.

SO ORDERED.

Dated: June 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge