UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAYEH DOV,<br><br>　　　　　　　　　Petitioner,<br><br>against<br><br>BUREAU OF PRISONS,<br><br>　　　　　　　　　Respondent. | CIVIL ACTION NO.: 20 Civ. 4343 (SLC)<br><br>**TELEPHONE CONFERENCE<br>SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Respondent is directed to file a response to Petitioner's Letter-Motion to compel (ECF No. 16) by **Friday, June 26, 2020**. A Telephone Conference is scheduled for **Monday, June 29, 2020 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:　　　New York, New York
　　　　　　　June 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge