UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAYEH DOV,

                           Petitioner,                         20 **CIVIL** 4343 (SLC)

      -against-                                    **JUDGMENT**

BUREAU OF PRISONS,

                           Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 9, 2020, the Petition and Motion are denied; the Court does however recommend that the BOP consider whether to grant Dov a temporary release either to a hospital or to home confinement to facilitate medical treatment pursuant to 18 U.S.C. § 3622(a); accordingly, this case is closed.

**DATED:**  New York, New York
             July 10, 2020

                                                     **RUBY J. KRAJICK**
                                                   _____
                                                       **Clerk of Court**
                                  **BY:**
                                                       **Deputy Clerk**